FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 JAN -4 PM 4: 35

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

JOANNE GILYARD,

     **Plaintiff,**

                                    Case No.: 3:09-cv-944-J-20TEM

**vs.**

**BANK OF AMERICA CORPORATION,**
**a foreign corporation and**
**BANK OF AMERICA, N.A.,**

     **Defendants.**

_____/

## O R D E R

     This cause is before this Court on Plaintiff's Motion to Strike Hearsay Statements Relied Upon in Defendant's Motion for Summary Judgment (Doc. 37, filed August 16, 2010) and Defendant Bank of America, N.A.'s response thereto (Doc. 45, filed August 30, 2010).

     In the instant motion, Plaintiff requests that statements contained in Defendant's motion for summary judgment (Doc. 34, filed July 30, 2010) be stricken as hearsay. In support of her request, Plaintiff notes that the reporter of the statements, Glenda Lynn, has refused to come forward as a witness. (Doc. 37 at 3). However, since the filing of the instant motion, Ms. Lynn has been deposed. (*See* Doc. 47-8, filed October 14, 2010). Morever, Defendant subsequently filed an amended motion for summary judgment (Doc. 47, filed October 14, 2010). Thus, Plaintiff's Motion has been rendered moot.

     Accordingly, it is **ORDERED:**

     Plaintiff's Motion to Strike Hearsay Statements Relied Upon in Defendant's Motion for

Summary Judgment (Doc. 37, filed August 16, 2010) is **DENIED as MOOT**.

**DONE AND ENTERED** at Jacksonville, Florida, this 3rd day of January, 2011.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Martin E. Leach, Esq.
Michael B. Feiler, Esq.
Glenn M. Rissman, Esq.
Tobi Beth Lebowitz, Esq.