FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 JAN -4 PM 4: 35

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

JOANNE GILYARD,

    Plaintiff,

vs.

Case No.: 3:09-cv-944-J-20TEM

BANK OF AMERICA CORPORATION,
a foreign corporation and
BANK OF AMERICA, N.A.,

    Defendants.
_____/

## ORDER

This cause is before this Court on Defendant Bank of America N.A.'s Amended Motion for Summary Judgment (Doc. 47, filed October 14, 2010) and Plaintiff Joanne Gilyard's response thereto (Doc. 49, filed November 3, 2010).

After consideration of the issues raised by the motion and the supporting documents, this Court determines there exist genuine disputes of fact that preclude the entry of summary judgment in this matter.

Accordingly, it is **ORDERED**:

Defendant Bank of America N.A.'s Amended Motion for Summary Judgment (Doc. 47, filed October 14, 2010) is **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 3rd day of January, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Martin E. Leach, Esq.
Michael B. Feiler, Esq.
Glenn M. Rissman, Esq.
Tobi Beth Lebowitz, Esq.